Kazeem v New York City Health & Hosps. Corp. (Queens Hosp. Center) (2026 NY Slip Op 01498)

Kazeem v New York City Health & Hosps. Corp. (Queens Hosp. Center)

2026 NY Slip Op 01498

Decided on March 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
CHERYL E. CHAMBERS
LILLIAN WAN
JANICE A. TAYLOR, JJ.

2023-01396
 (Index No. 701232/20)

[*1]Adeolabisi Kabiru Kazeem, etc., appellant,
vNew York City Health and Hospitals Corporation (Queens Hospital Center), respondent.

The Fitzgerald Law Firm, P.C. (Mitchell Gitten and John M. Daly, Yonkers, NY, of counsel), for appellant.
Steven Banks, Corporation Counsel, New York, NY (Elina Drucker, Jennifer Lerner, and Bo Malin-Mayor of counsel), for respondent.

DECISION & ORDER
In an action, inter alia, to recover damages for medical malpractice and wrongful death, the plaintiff appeals from an order of the Supreme Court, Queens County (Kevin J. Kerrigan, J.), entered January 5, 2023. The order denied the plaintiff's motion, in effect, for leave to renew and reargue his prior motion for leave to serve a late notice of claim or to deem a late notice of claim timely served nunc pro tunc and his opposition to the defendant's prior cross-motion to dismiss the complaint.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
In light of our determination on a related appeal (see Kazeem v New York City Health & Hosps. Corp., ____ AD3d ____ [Appellate Division Docket No. 2021-04811; decided herewith]), the appeal from the order denying the plaintiff's motion, in effect, for leave to renew and reargue must be dismissed because the appeal has been rendered academic (see Matter of Local 621, S.E.I.U. v New York City Fire Dept., 230 AD3d 1148; Coalition of Landlords, Homeowners & Merchants, Inc. v. S. & A. Neocronon, Inc., 224 AD3d 660).
IANNACCI, J.P., CHAMBERS, WAN and TAYLOR, JJ., concur.

2023-01396 DECISION & ORDER ON MOTION
Adeolabisi Kabiru Kazeem, etc., appellant,
v New York City Health and Hospitals Corporation
(Queens Hospital Center), respondent.
(Index No. 701232/20)

Appeal from an order of the Supreme Court, Queens County, entered January 5, 2023. By order to show cause dated January 29, 2024, the parties were directed to show cause before this Court why an order should or should not be made and entered dismissing the appeal on the ground that no appeal lies from an order denying reargument. By decision and order on motion of this Court dated May 24, 2024, the motion was held in abeyance and referred to the panel of Justices hearing the appeal for determination upon the argument or submission thereof.
Upon the order to show cause and the papers filed in response thereto, and upon the argument of the appeal, it is
ORDERED that the motion to dismiss the appeal is denied as academic in light of our determination of the appeal (see Kazeem v New York City Health & Hosps. Corp., ____ AD3d ____ [decided herewith]).
IANNACCI, J.P., CHAMBERS, WAN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court